| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION | |
| Case number *(if known)* | Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Clarke's Towing & Transportation Service, Inc.** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Clarke's Towing Service** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **90-0278909** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**1950 Royal Industrial Boulevard**<br>**Austell, GA 30106**<br>Number, Street, City, State & ZIP Code<br><br>**Cobb**<br>County | **Mailing address, if different from principal place of business**<br><br>**748 San Fernando Drive**<br>**Smyrna, GA 30080**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **Clarke's Towing & Transportation Service, Inc.**  Case number (*if known*) _____
  Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ■ Chapter 11. *Check all that apply*: |
| | | ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that). |
| | | ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ■ No. |
|---|---|---|
| | | ☐ Yes. |
| | If more than 2 cases, attach a separate list. | District _____ When _____ Case number _____ |
| | | District _____ When _____ Case number _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No |
|---|---|---|
| | | ☐ Yes. |
| | List all cases. If more than 1, attach a separate list | Debtor _____ Relationship _____ |
| | | District _____ When _____ Case number, if known _____ |

Debtor **Clarke's Towing & Transportation Service, Inc.**      Case number (*if known*) _____
Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Clarke's Towing & Transportation Service, Inc.**   Case number (*if known*)
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 6, 2019**
MM / DD / YYYY

**X /s/ Henry Clarke**                                                **Henry Clarke**
Signature of authorized representative of debtor          Printed name

Title    **CEO**

**18. Signature of attorney**

**X /s/ Paul Reece Marr GA Bar #**                              Date    **May 6, 2019**
Signature of attorney for debtor                                      MM / DD / YYYY

**Paul Reece Marr GA Bar # 471230**
Printed name

**Paul Reece Marr, P.C.**
Firm name

**Suite 960**
**300 Galleria Parkway, N.W.**
**Atlanta, GA 30339**
Number, Street, City, State & ZIP Code

Contact phone   **(770) 984-2255**      Email address    **paul.marr@marrlegal.com**

**GA Bar # 471230 GA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Clarke's Towing & Transportation Service, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  6, 2019**         X **/s/ Henry Clarke**
                                        Signature of individual signing on behalf of debtor

                                        **Henry Clarke**
                                        Printed name

                                        **CEO**
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Clarke's Towing & Transportation Service, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service (CIO)**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | Forms 940 and 941 tax, interest, and penalty | | | | **Unknown** |
| **Santander Bank, N.A.**<br>PO Box 14833<br>Reading, PA 19612-4833 | | invoice dated 01/25/2019 for services rendered | | | | **$47,721.25** |
| **Georgia Department of Labor**<br>148 International Blvd. NE<br>Sussex Place - Room 738<br>Atlanta, GA 30303-1751 | | unemployment tax, interest, and penalty | | | | **Unknown** |
| **GA Dept Revenue Compliance Div**<br>ARCS - Bankrutpcy<br>1800 Century Blvd; #9100<br>Atlanta, GA 30345-3205 | | payroll withholding tax, interest and penalty | | | | **Unknown** |
| **Schulten Ward Turner & Weiss**<br>Dean Fuchs<br>Ste 2700; 260 Peachtree St NW<br>Atlanta, GA 30303 | | attorney fee account payable | | | | **$16,470.22** |
| **Moses Gray**<br>c/o Kevin Fitzpatrick, Jr. Esq<br>101 Marietta St NW; # 3100<br>Atlanta, GA 30303 | | | | $16,151.93 | $0.00 | **$16,151.93** |

Debtor **Clarke's Towing & Transportation Service, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Atlanta Title Pawn**<br>**279 Powers Ferry Rd Suite K**<br>**Marietta, GA 30067** | | **debtor gave two trucks as collateral for two pawns in the name of Henry Morrison Clarke** | | | | $6,000.00 |
| **Arrowhead General Insurance Agency, Inc.**<br>**701 B St, Suite 2100**<br>**San Diego, CA 92101** | | **insurance account payable** | **Unliquidated Disputed** | | | $5,000.00 |
| **City of Austell**<br>**2716 Broad Street, SW**<br>**Austell, GA 30106** | | **ad valorem property tax** | | | | $3,404.21 |
| **Aaron Thompson**<br>**c/o Kevin Fitzpatrick, Jr. Esq**<br>**101 Marietta St NW; # 3100**<br>**Atlanta, GA 30303** | | | | $14,884.96 | Unknown | Unknown |
| **Accident Insurance Company Inc**<br>**Attn: Legal Dept.**<br>**One Harbison Way; Suite 115**<br>**Columbia, SC 29212-3407** | | | | $14,237.50 | Unknown | Unknown |
| **Donna Williams**<br>**c/o Louis R. Cohan, Esq.**<br>**3340 Peachtree Rd; Suite 2570**<br>**Atlanta, GA 30326** | | | | $14,946.14 | Unknown | Unknown |
| **Fox Business Funding**<br>**Joseph Rapoport, President**<br>**North Orange Street, Suite 762**<br>**Wilmington, DE 19801** | | | | Unknown | Unknown | Unknown |
| **Jerry Williams**<br>**c/o Kevin Fitzpatrick, Jr. Esq**<br>**101 Marietta St NW; # 3100**<br>**Atlanta, GA 30303** | | | | $22,963.13 | Unknown | Unknown |

Debtor **Clarke's Towing & Transportation Service, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mechanical Services Unlimited** Attn: Timothy E King 962 Industrial Blvd North Dallas, GA 30132 | | 2012 Dodge Ram 4500HD, VIN -6015 | Contingent Unliquidated Disputed | $91,251.00 | Unknown | Unknown |
| **Power Up Lending Group, Ltd.** 111 Great Neck Road Suite 216 Great Neck, NY 11021 | | | | $76,990.43 | Unknown | Unknown |
| **Santander Bank, N.A.** Attn: Legal Dept. 75 State Street; 5th Floor Boston, MA 02109 | | judgment entered 12/19/2018 Supreme Court of New York, Suffolk County | | $63,246.47 | Unknown | Unknown |
| **TBF Financial LLC** c/o A. Christian Wilson 3490 Piedmont Road; Ste 1100 Atlanta, GA 30305 | | | | $27,425.08 | Unknown | Unknown |

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re   **Clarke's Towing & Transportation Service, Inc.**                                    Case No.
                                              Debtor(s)                                        Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:   **May 6, 2019**                                  **/s/ Henry Clarke**
                                                        **Henry Clarke**/**CEO**
                                                        Signer/Title

Aaron Thompson
c/o Kevin Fitzpatrick, Jr. Esq
101 Marietta St NW; # 3100
Atlanta, GA 30303


Accident Ins. Co. Inc.
c/o Vivian Hudson Uchitel, Esq
3490 Piedmont Rd NE Ste 1100
Atlanta, GA 30305


Accident Insurance Company Inc
Attn: Legal Dept.
One Harbison Way; Suite 115
Columbia, SC 29212-3407


Accident Insurance Company Inc
One Harbison Way
Brookside Office Bldg, Ste 115
Columbia, SC 29212


Arrowhead General
Insurance Agency, Inc.
701 B St, Suite 2100
San Diego, CA 92101


Atlanta Title Pawn
279 Powers Ferry Rd Suite K
Marietta, GA 30067


Citizens Trust Bank
Attn: Legal Dept.
230 Peachtree St. NW, # 2700
Atlanta, GA 30303


City of Austell
2716 Broad Street, SW
Austell, GA 30106

```
Department of Justice, Tax Div
Civil Trial §, Southern Region
PO Box 14198 Ben Frankln Statn
Washington, DC 20044


Donna Williams
c/o Louis R. Cohan, Esq.
3340 Peachtree Rd; Suite 2570
Atlanta, GA 30326


Fox Business Funding
Joseph Rapoport, President
North Orange Street, Suite 762
Wilmington, DE 19801


Funding Metrics, LLC
884 Town Center Drive
Langhorne, PA 19047-1748


GA Dept Revenue Compliance Div
ARCS - Bankrutpcy
1800 Century Blvd; #9100
Atlanta, GA 30345-3205


Georgia Department of Labor
148 International Blvd. NE
Sussex Place - Room 738
Atlanta, GA 30303-1751


Georgia Dept. of Revenue
Cartersville Regional Office
314 E Main Street, Suite 150
Cartersville, GA 30120


Georgia Dept. of Revenue
Taxpayer Services Division
PO Box 105499
Atlanta, GA 30348-5499
```

```
Henry Clarke
748 San Fernando Drive
Smyrna, GA 30080



Internal Revenue Service
Insolvency-Rm 400-Stop 334D
401 W. Peachtree Street
Atlanta, GA 30308



Internal Revenue Service (CIO)
PO Box 7346
Philadelphia, PA 19101-7346



IRS -A Harris
Small Business Division
2888 Woodcock Blvd; STOP 307-D
Atlanta, GA 30341-4002



Jerry Williams
c/o Kevin Fitzpatrick, Jr. Esq
101 Marietta St NW; # 3100
Atlanta, GA 30303



Mechanical Services Unlimited
Attn: Timothy E King
962 Industrial Blvd North
Dallas, GA 30132



Moses Gray
c/o Kevin Fitzpatrick, Jr. Esq
101 Marietta St NW; # 3100
Atlanta, GA 30303



Office of the Attorney General
State of Georgia
40 Capital Square, SW
Atlanta, GA 30334
```

```
Platzer Swergold et al
Morgan Grossman, Esq.
475 Park Avenue South
New York, NY 10016


PNC Bank - Garnishments
4100 W.150th St.
B7-YB17-01B
Cleveland, OH 44135


Power Up Lending Group, Ltd.
111 Great Neck Road
Suite 216
Great Neck, NY 11021


Power Up Lending Group, Ltd.
c/o Eric N. Van De Water, Esq.
6600 P'tree Dnwdy Rd; Ste 150
Atlanta, GA 30328


Sadonna Clarke
748 San Fernando Drive
Smyrna, GA 30080


Santander Bank, N.A.
Attn: Legal Dept.
75 State Street; 5th Floor
Boston, MA 02109


Santander Bank, N.A.
PO Box 14833
Reading, PA 19612-4833


Schulten Ward Turner & Weiss
Dean Fuchs
Ste 2700; 260 Peachtree St NW
Atlanta, GA 30303
```

```
TBF Financial LLC
c/o A. Christian Wilson
3490 Piedmont Road; Ste 1100
Atlanta, GA 30305



United States Attorney
600 Russell B. Russell Bldg.
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309



United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001



Yellowstone Capital LLC
David Singfer
160 Pearl Street; Floor 5
New York, NY 10005



YouZoom Unsurance Services Inc
6900 College Blvd, Ste 1000
Leawood, KS 66211



Zachter PLLC
Maria Heredia, Paralegal
30 wall Street, 8th Floor
New York, NY 10005



Zurich American Ins. Co.
Tower 2, Floor 5
1299 Zurich Way
Schaumburg, IL 60196
```

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re  **Clarke's Towing & Transportation Service, Inc.**                                   Case No.
                                                    Debtor(s)                                              Chapter    **11**

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Clarke's Towing & Transportation Service, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May  6, 2019** | **/s/ Paul Reece Marr GA Bar #** |
| Date | **Paul Reece Marr GA Bar # 471230** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Clarke's Towing & Transportation Service, Inc.** |
| | **Paul Reece Marr, P.C.** |
| | **Suite 960** |
| | **300 Galleria Parkway, N.W.** |
| | **Atlanta, GA 30339** |
| | **(770) 984-2255 Fax:(678) 623-5109** |
| | **paul.marr@marrlegal.com** |