**Clarke's Towing & Transportation Svc**
**Profit & Loss Statement-Income Tax Basis**
**For the Twelve Months Ended December 31, 2017**

| | |
|---|---:|
| **Revenues** | 270,574 |
| **Cost of Goods** | 56,539 |
| **Total Income** | 214,035 |
| **Expenses** | |
| Cable | 1,279 |
| Bank Charges | 927 |
| Cleaners | 189 |
| Cellphone | 5,007 |
| Depreciation | 36,470 |
| Insurance | 37,584 |
| Professional Services | 2,823 |
| Interest Expense | 14,409 |
| Miscellaneous | 1,921 |
| Office Expenses | 987 |
| Rents | 16,892 |
| Payroll Processing Expenses | 1,860 |
| Meals and Entertainment | 942 |
| Office Maintenance | 1,362 |
| Travel | 2,060 |
| Salaries and Wages | 121,410 |
| Supplies | 380 |
| Taxes and Licenses | 13,274 |
| Truck Washes | 84 |
| Utilities | 5,597 |
| **Total Expenses** | 265,457 |
| **Net Income** | (51,422) |

No assurances provided on this financial statement