```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION
```

In re:                                  :      Case No. 19-57186-SMS
                                        :
CLARKE'S TOWING &                       :
TRANSPORTATION SERVICE, INC.,           :      Chapter 11
                                        :
    Debtor.                             :
_____:

```
                        VERIFIED STATEMENT
         OF HENRY CLARKE PURSUANT TO 11 U.S.C. § 1116(1)(B)
```

I, Henry Clarke, hereby make solemn oath, to the best of my information and belief after diligent inquiry, under penalty of perjury as follows:

1. I am over the age of eighteen and am competent to make this Verified Statement. All information set forth in this Verified Statement is based upon my personal knowledge, information or belief.

2. I am the above referenced Debtor's CEO. I maintain an office at 1950 Royal Industrial Boulevard, Austell, Georgia 30106.

3. I am knowledgeable of the Debtor's day to day operations, finances, and accounting.

4. No cash flow statement has ever been prepared for the Debtor.

Dated: June 13, 2019                    /s/ Henry Clarke
                                        Henry Clarke

```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

In re:                              :      Case No. 19-57186-SMS
                                    :
CLARKE'S TOWING &                   :
TRANSPORTATION SERVICE, INC.,       :      Chapter 11
                                    :
     Debtor.                        :
_____:
```

CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *VERIFIED STATEMENT OF* HENRY CLARKE *PURSUANT TO 11 U.S.C. § 1116(1)(B)* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case filing program:

- Thomas Wayne Dworschak    thomas.w.dworschak@usdoj.gov, lisa.maness@usdoj.gov;ltctommyd@aol.com

- Kevin D. Fitzpatrick    kevin.fitzpatrick@dcbflegal.com, jessicasorrenti@dcbflegal.com;idaallen@dcbflegal.com

- Lindsay P. S. Kolba    lindsay.p.kolba@usdoj.gov, lisa.maness@usdoj.gov

- James W. Martin    james@hpmlawatl.com, natalie@hpmlawatl.com

- A. Christian Wilson    cwilson@simplawatlanta.com, sscheu@simplawatlanta.com

2

    This the 17th day of June, 2019.

                                        <u>/s/ Paul Reece Marr</u>
                                        Paul Reece Marr
                                        GA Bar No. 471230

Paul Reece Marr, P.C.
300 Galleria Parkway, N.W.
Suite 960
Atlanta, GA 30339
770-984-2255