UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:                              :     Case No. 19-57186-SMS
                                    :
CLARKE'S TOWING &                   :
TRANSPORTATION SERVICE, INC.,       :     Chapter 11
                                    :
        Debtor.                     :
_____:

DEBTOR'S PERIODIC FINANCIAL REPORT
for the period
MAY 6, 2019 through MAY 31, 2019


    Comes now the above-named Debtor and files its Periodic
Financial Report in accordance with the Guidelines established
by the United States Trustee and Bankruptcy Rule 2015.



Reviewed as to form by,
PAUL REECE MARR, P.C.
Attorneys for Debtor

 /s/ Paul Reece Marr
Paul Reece Marr
Georgia Bar No. 471230
Suite 960
300 Galleria Parkway, N.W.
Atlanta, GA 30339
770-984-2255


−1−

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:                          :        Case No. 19-57186-SMS
                                :
CLARKE'S TOWING &               :
TRANSPORTATION SERVICE, INC.,   :        Chapter 11
                                :
        Debtor.                 :
                                :
_____:

CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing "PERIODIC FINANCIAL REPORT" using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case filing program:

- Thomas Wayne Dworschak      thomas.w.dworschak@usdoj.gov, lisa.maness@usdoj.gov;ltctommyd@aol.com

- Kevin D. Fitzpatrick      kevin.fitzpatrick@dcbflegal.com, jessicasorrenti@dcbflegal.com;idaallen@dcbflegal.com

- Lindsay P. S. Kolba      lindsay.p.kolba@usdoj.gov, lisa.maness@usdoj.gov

- James W. Martin      james@hpmlawatl.com, natalie@hpmlawatl.com

- A. Christian Wilson      cwilson@simplawatlanta.com, sscheu@simplawatlanta.com

This the 3rd day of July, 2019.

                              /s/ Paul Reece Marr
                              Paul Reece Marr
                              GA Bar No. 471230

Paul Reece Marr, P.C.
Suite 960
300 Galleria Parkway, NW
Atlanta, Georgia 30339
770-984-2255

–2–

**Fill in this information to identify the case:**

Debtor Name  Clarke's Towing & Transportation Service, Inc.

United States Bankruptcy Court for the: Northern District of Georgia

Case number:  19-57186-SMS

☐ Check if this is an
amended filing

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month:  May                                      Date report filed:  7/2/2019
                                                                       MM / DD / YYYY

Line of business:  Towing, motor vehicle          NAISC code:  488410

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:          Henry Clarke

Original signature of responsible party   *Henry Clarke*

Printed name of responsible party         *Henry Clarke*

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Clarke's Towing & Transportation Service, Inc.

Case number 19-57186-SMS

17. Have you paid any bills you owed before you filed bankruptcy?  ☑  ☐  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 244.53

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 2,463.19

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 1,954.37

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 508.82

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 0

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 0

Debtor Name **Clarke's Towing & Transportation Service, Inc.**    Case number 19-57186-SMS



### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____0_____

   *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?    _____2_____

27. What is the number of employees as of the date of this monthly report?    _____2_____

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____0_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____0_____

30. How much have you paid this month in other professional fees?    $ _____0_____

31. How much have you paid in total other professional fees since filing the case?    $ _____0_____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0 | − | $ 2,463.19 | = | $ 2,463.19 |
| 33. **Cash disbursements** | $ 0 | − | $ 1,954.37 | = | $ 1,954.37 |
| 34. **Net cash flow** | $ 0 | − | $ 508.82 | = | $ 508.82 |

35. Total projected cash receipts for the next month:    $ 2,500

36. Total projected cash disbursements for the next month:    − $ 2,300

37. Total projected net cash flow for the next month:    = $ 200

Debtor Name  Clarke's Towing & Transportation Service, Inc.          Case number 19-57186-SMS

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

## Questionnaire Answers (No)

**3.** Have you paid all of your bills on time?

Water bill was not paid for last 2 months and will be paid today.

**4.** Did you pay your employees on time?

We are not making enough to pay Henry Clarke who is the president of the company.  We will be able to pay him and other workers once the AAA contract goes through.

**5.** Have you deposited all of the receipts for your business into debtor in possession(DIP) accounts?

We didn't get the debtor in possession account until later in the month.

**6.** Have you timely filed your tax returns and paid all of your taxes?

We are not able to pay our taxes due to not having the income.

## Questionnaire Answers – Exhibit B

**18.** Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?

We had leasing equipment and merchant services fees that cleared the account earlier in the month .

**Account 9381**

| | | |
|---|---|---|
| **Starting Balance** | | **-244.53** |
| **Ending Balance** | | **0** |

| Date | Payee | Deposits |
|---|---|---|
| **6-May** | Deposit | 309.58 |
| **7-May** | Deposit | 28.25 |
| **7-May** | Merchant Services | 150 |
| **15-May** | Merchant Services | 288 |
| **17-May** | Deposit | 500 |
| **22-May** | Merchant Services | 165 |
| **24-May** | Deposit | 36.31 |
| **24-May** | Deposit | 200 |
| **28-May** | ATM Deposit | 80 |
| **28-May** | Merchant Services | 140 |
| **Total** | | **1897.14** |

**Account 9193**

| | | |
|---|---|---|
| **Starting Balance** | | **0** |
| **Ending Balance** | | **183.6** |

| Date | Payee | Deposits |
|---|---|---|
| **29-May** | Deposit | 416.05 |
| **31-May** | Deposit | 150 |
| **Total** | | **566.05** |

| | |
|---|---|
| **Grand Total** | **2463.19** |

**Cash Disbursements**

| Date | Payee | Other Debts | Purpose |
|------|-------|-------------|---------|
| 5/14/2019 | Unknown | 100 | Unknown |
| 5/22/2019 | Unknown | 440 | Unknown |
| **TOTAL** | | **540.00** | |

| Date | Payee | Fees | Purpose |
|------|-------|------|---------|
| 5/6/2019 | Merchant Service Merch Adj | 86.38 | Credit Card Machine's Fee |
| 5/6/2019 | Merchant Service Merch Adj | 20 | Credit Card Machine's Fee |
| 5/24/2019 | Paid Overdraft Item Fee | 36 | Paid Overdraft Item Fee |
| **TOTAL** | | **142.38** | |

| Date | Payee | Office | Purpose |
|------|-------|--------|---------|
| 5/10/2019 | Fed Ex | 1.08 | Printing |
| 5/31/2019 | | 1.44 | Post office/ Stamps |
| **Total** | | **2.52** | |

| Date | Payee | Diesel Expense | Purpose |
|------|-------|----------------|---------|
| 5/8/2019 | QT | 60.02 | Diesel Expense |
| 5/13/2019 | Racetrac | 40.40 | Diesel Expense |
| 5/14/2019 | QT | 63.2 | Diesel Expense |
| 5/16/2019 | Kroger | 40.06 | Diesel Expense |
| 5/20/2019 | Kroger | 47.01 | Diesel Expense |
| 5/20/2019 | Kroger | 46.00 | Diesel Expense |
| 5/21/2019 | QT | 15.40 | Diesel Expense |
| 5/22/2019 | Kroger | 31 | Diesel Expense |
| 5/24/2019 | QT | 43 | Diesel Expense |
| 5/24/2019 | QT | 33.9 | Diesel Expense |
| 5/27/2019 | Receipt/ | 40.00 | Diesel Expense |
| 5/28/2019 | QT | 5.36 | Diesel Expense |
| 5/28/2019 | Kroger | 30.00 | Diesel Expense |
| 5/30/2019 | Receipt/ | 30.00 | Diesel Expense |
| 5/31/2019 | QT | 28.10 | Diesel Expense |
| 5/31/2019 | QT | 68.08 | Diesel Expense |
| **Total** | | **621.53** | |

| Date | Payee | Repairs | Purpose |
|------|-------|---------|---------|
| 5/16/2019 | Capital Buick | 31.14 | Cable for Truck |
| 5/22/2019 | Audio Lab of GE | 45.94 | Speaker Installation |
| 5/22/2019 | Batteries Plus | 29.66 | Light bulb replacement for Tru |
| 5/23/2019 | Guitar Center | 33.91 | Personal Expense |
| 5/31/2019 | Great Americian | 32.2 | Oil for trucks |
| **Total** | | **172.85** | |

| Date | Payee | Equipment Rental | Purpose |
|------|-------|------------------|---------|

| Date | Payee | | | Purpose |
|------|-------|--|--|---------|
| 5/30/2019 | Penske Truck | | 254.07 | Moving furniture from storage |
| **Total** | | | **254.07** | |

| Date | Payee | Meals | | Purpose |
|------|-------|-------|--|---------|
| 5/13/2019 | Popeye's | | 8.42 | Personal Expense |
| 5/17/2019 | Rjab Wings | | 13.77 | Personal Expense |
| 5/17/2019 | KFC | | 5.3 | Personal Expense |
| 5/20/2019 | Waffle House | | 36.28 | Attempt to get more drivers |
| 5/22/2019 | Jimmy Johns | | 22.19 | Attempt to get more drivers |
| 5/23/2019 | KFC | | **41.33** | Attempt to get more drivers |
| 5/24/2019 | Golden Krust | | 93.73 | Attempt to get more drivers |
| **Total** | | | **221.02** | |

**Grand Total**                    1,954.37

 **REGIONS**

**Regions Bank**
Vinings Smyrna
1650 Cumberland Parkway SE
Smyrna, GA 30080

CLARKES TOWING & TRANSPORTATION
DEBTOR IN POSSESSION
748 SAN FERNANDO DR SE
SMYRNA GA 30080-1438

**ACCOUNT #**            9198

|  |  |
|---|---|
| Cycle | 060 |
| Enclosures | 26 |
| Page | 0 |
|  | 1 of 3 |

## LIFEGREEN BUSINESS SIMPLE CHECKING
May 29, 2019 through May 31, 2019

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Minimum Balance | $161 |
| Deposits & Credits | $566.05 + | Average Balance | $253 |
| Withdrawals | $382.45 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 − | | |
| Ending Balance | $183.60 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 05/29 | Deposit - Thank You | 416.05 |
| 05/31 | Deposit - Thank You | 150.00 |
| | Total Deposits & Credits | $566.05 |

### WITHDRAWALS

| | | |
|---|---|---|
| 05/30 | Card Purchase Penske Trk Lsg  7513 Smyrna     GA 30080  9716 | 254.07 |
| 05/31 | PIN Purchase Quiktrip Corpo  5542 Mableton    GA      9716 | 28.10 |
| 05/31 | PIN Purchase Quiktrip Corpo  5542 Mableton    GA      9716 | 68.08 |
| 05/31 | PIN Purchase Great American  5533 Lithia Springga      9716 | 32.20 |
| | Total Withdrawals | $382.45 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/29 | 416.05 | 05/30 | 161.98 | 05/31 | 183.60 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)

 **Thank You For Banking With Regions!**

2019 Regions Bank Member FDIC. All loans subject to credit approval.

 **REGIONS**

**Regions Bank**
Vinings Smyrna
1650 Cumberland Parkway SE
Smyrna, GA 30080

CLARKES TOWING & TRANSPORTATION
DEBTOR IN POSSESSION
748 SAN FERNANDO DR SE
SMYRNA GA 30080-1438

**ACCOUNT #** ██████9193

| | 060 |
|---|---|
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

**YOU MAY RECEIVE AUTOMATED ALERTS ABOUT
UNUSUAL OR SUSPICIOUS ACTIVITY ON YOUR
REGIONS VISA CHECKCARD, ATM CARD, CREDIT
CARD, NOW CARD AND HOME EQUITY LINE
OF CREDIT ACCESS PLATINUM CARD. WE MAY
TEXT, EMAIL AND/OR CALL TO NOTIFY YOU OF
A SUSPICIOUS CARD TRANSACTION AND YOU
CAN RESPOND TO CONFIRM WHETHER YOU
AUTHORIZED THE TRANSACTION. LEARN
MORE AT REGIONS.COM/CARDALERTS.**

**Regions Bank**
Vinings Smyrna
1650 Cumberland Parkway SE
Smyrna, GA 30080

`ONS`

CLARKES TOWING & TRANSPORTATION
SERVICES INC
748 SAN FERNANDO DR SE
SMYRNA GA 30080-1438

**ACCOUNT #** ████████9381

| | |
|---|---|
| | 060 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN BUSINESS SIMPLE CHECKING
May 1, 2019 through May 31, 2019

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $244.53 − | Minimum Balance | $330 − |
| Deposits & Credits | $2,177.14 + | Average Balance | $224 |
| Withdrawals | $1,910.99 − | | |
| Fees | $108.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Returned Checks | $86.38 + | | |
| Checks | $0.00 − | | |
| **Ending Balance** | **$0.00** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 05/02 | Merchant Service Merch Dep Clarkes Towing 8033566780 | 280.00 |
| 05/06 | Deposit - Thank You | 309.58 |
| 05/07 | Deposit - Thank You | 28.25 |
| 05/07 | Merchant Service Merch Dep Clarkes Towing 8033566780 | 150.00 |
| 05/15 | Merchant Service Merch Dep Clarkes Towing 8033566780 | 288.00 |
| 05/17 | Deposit - Thank You | 500.00 |
| 05/22 | Merchant Service Merch Dep Clarkes Towing 8033566780 | 165.00 |
| 05/24 | Deposit - Thank You | 36.31 |
| 05/24 | Deposit - Thank You | 200.00 |
| 05/28 | ATM Imaged Deposit | 80.00 |
| 05/28 | Merchant Service Merch Dep Clarkes Towing 8033566780 | 140.00 |
| | Total Deposits & Credits | $2,177.14 |

### WITHDRAWALS

| | | |
|---|---|---|
| 05/01 | Merchant Service Merch Fee Clarkes Towing 8033566780 | 86.38 |
| 05/03 | Ladco Leasing   Lease Pmt Clarkes Towing 3047247 | 37.81 |
| 05/06 | Merchant Service Merch Adj Clarkes Towing 8033566780 | 20.00 |
| 05/06 | Merchant Service Merch Adj Clarkes Towing 8033566780 | 86.38 |
| 05/08 | PIN Purchase Quiktrip Corpo  5542 Mableton   GA     9716 | 60.02 |
| 05/10 | Card Purchase Fedex Offic1620  7338 Smyrna     GA 30082  9716 | 1.08 |
| 05/13 | PIN Purchase Racetrac579     5542 Smyrna   GA     9716 | 40.40 |
| 05/13 | Card Purchase Popeyes 8806    5814 Stone Mountai GA 30088   9716 | 8.42 |
| 05/14 | PIN Purchase Quiktrip Corpo  5542 Mableton   GA     9716 | 63.20 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)**
**or visit us on the internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2019 Regions Bank Member FDIC. All loans subject to credit approval.

 **REGIONS**

**Regions Bank**
Vinings Smyrna
1650 Cumberland Parkway SE
Smyrna, GA 30080

CLARKES TOWING & TRANSPORTATION
SERVICES INC
748 SAN FERNANDO DR SE
SMYRNA GA 30080-1438

**ACCOUNT #** ████ 9381

| | |
|---|---|
| | 060 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---:|
| 05/14 | ATM Withdrawal Regions     Lithia Spring Lithia Spr  GA Rfc03510  9716 | 100.00 |
| 05/16 | PIN Purchase Capital Buick  5511 Smyrna     GA          9716 | 31.14 |
| 05/16 | PIN Purchase Kroger Fu 4875  5542 Mableton   GA          9716 | 40.06 |
| 05/17 | Card Purchase Rjab S Wings   5812 Mableton    GA 30126  9716 | 13.77 |
| 05/20 | Card Purchase KFC K076001    5814 Mableton    GA 30126  9716 | 5.30 |
| 05/20 | PIN Purchase Kroger Fu 3240  5542 Smyrna     GA          9716 | 47.01 |
| 05/20 | Card Purchase Waffle House 01  5812 Lithonia   GA 30058  9716 | 36.28 |
| 05/20 | PIN Purchase Quiktrip Corpo  5542 Mableton   GA          9716 | 46.00 |
| 05/21 | PIN Purchase Quiktrip Corpo  5541 Mableton   GA          9716 | 15.40 |
| 05/22 | Card Purchase Audio Lab of GE  5732 Doraville   GA 30340  9716 | 45.94 |
| 05/22 | Card Purchase Jimmy Johns - 1  5814 Decatur    GA 30030  9716 | 22.19 |
| 05/22 | PIN Purchase Batteries Plus  5999 Marietta    GA          9716 | 29.66 |
| 05/22 | ATM Withdrawal Regions     Smyrna MO Smyrna       GA Rfc02117  9716 | 440.00 |
| 05/22 | PIN Purchase Kroger Fu 4875  5542 Mableton   GA          9716 | 31.00 |
| 05/23 | Card Purchase KFC K076001    5814 Mableton    GA 30126  9716 | 41.33 |
| 05/23 | PIN Purchase Guitar Center   5733 Marietta    GA          9716 | 33.91 |
| 05/24 | PIN Purchase Quiktrip Corpo  5542 Mableton   GA          9716 | 43.00 |
| 05/24 | PIN Purchase Quiktrip Corpo  5542 Mableton   GA          9716 | 33.90 |
| 05/28 | Card Purchase Shell Oil 10010  5541 Decatur    GA 30034  9716 | 5.36 |
| 05/28 | PIN Purchase Kroger Fu 3240  5542 Smyrna     GA          9716 | 30.00 |
| 05/29 | Closing Withdrawal | 416.05 |

| | | |
|---|---:|---:|
| | Total Withdrawals | $1,910.99 |

## FEES

| | | |
|---|---|---:|
| 05/02 | Returned Item Fee | 36.00 |
| 05/03 | Paid Overdraft Item Fee | 36.00 |
| 05/24 | Paid Overdraft Item Fee | 36.00 |

| | | |
|---|---:|---:|
| | Total Fees | $108.00 |

## RETURNED CHECKS

| | | |
|---|---|---:|
| 05/02 | Credit-Returned Ck#21008834943 | 86.38 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/01 | 330.91- | 05/13 | 197.19 | 05/21 | 587.03 |
| 05/02 | 0.53- | 05/14 | 33.99 | 05/22 | 183.24 |
| 05/03 | 74.34- | 05/15 | 321.99 | 05/23 | 108.00 |
| 05/06 | 128.86 | 05/16 | 250.79 | 05/24 | 231.41 |
| 05/07 | 307.11 | 05/17 | 737.02 | 05/28 | 416.05 |
| 05/08 | 247.09 | 05/20 | 602.43 | 05/29 | 0.00 |
| 05/10 | 246.01 | | | | |

**REGIONS**

**Regions Bank**
Vinings Smyrna
1650 Cumberland Parkway SE
Smyrna, GA 30080

CLARKES TOWING & TRANSPORTATION
SERVICES INC
748 SAN FERNANDO DR SE
SMYRNA GA 30080-1438

**ACCOUNT #**              9881

|  |  |
|---|---|
|  | 060 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 4 |

**YOU MAY RECEIVE AUTOMATED ALERTS ABOUT
UNUSUAL OR SUSPICIOUS ACTIVITY ON YOUR
REGIONS VISA CHECKCARD, ATM CARD, CREDIT
CARD, NOW CARD AND HOME EQUITY LINE
OF CREDIT ACCESS PLATINUM CARD. WE MAY
TEXT, EMAIL AND/OR CALL TO NOTIFY YOU OF
A SUSPICIOUS CARD TRANSACTION AND YOU
CAN RESPOND TO CONFIRM WHETHER YOU
AUTHORIZED THE TRANSACTION. LEARN
MORE AT REGIONS.COM/CARDALERTS.**

**Clarke's Towing and Transportation Service, Inc.**

**Profit & Loss**

**May 2019**

**Ordinary Income/ Expense**

**Income**

| | |
|---|---|
| Gross Trucking Income | 2,743.19 |
| **Gross Profits** | **2,743.19** |

**Expense**

| | |
|---|---|
| Diesel Expense | 621.53 |
| Meals and Entertainment | 221.02 |
| Office Supplies | 2.52 |
| Maintenance | 172.85 |
| Fees | 142.38 |
| Equipment Rental | 254.07 |
| Other Debts | 540.00 |
| Professional Fees | 9,221.00 |
| **Total Expenses** | **11,175.37** |

| | |
|---|---|
| **Net Ordinary Income** | **-8432.18** |



| https://www.foragentsonly.com/managepolicies/Policy/Payments/BillingHistory.asp | For Agents Only - www.for... × |

File   Edit   View   Favorites   Tools   Help

Activity Summary   Bulldog Premium Finance   Customer Center - Jerry L...

## ForAgentsOnly.com

Home / Contact Us / Help / Log Out

Last name or policy #    **Find Policy**

III/INSURANCEHUB

| New Business | Prospecting | **Manage Policies** | Products | Agency Admin | News | Support |

| Policy | Payments | Documents | Process Endorsements |

| | | | |
|---|---|---|---|
| **Name:** | CLARKE'S TOWING & TRANSPORTATION SERVICES, | **Agent:** | 017J7 |
| **Address:** | 748 San Fernando Dr, Smyrna, GA 30080 | **Policy:** | 08462917-1 |
| **Phone:** | Work: (404) 247-3746 | **Term:** | 6/14/2019 - 6/14/2020 |
| **Email:** | djsammy2007@hotmail.com | **Status:** | Active, bill sent |

## Payment Schedule And History

Have a Question?

| Name | Address | Phone |
|---|---|---|
| Clarke's To Wing & | 748 San Fernando Dr, Smyrna, GA 30080 | W:(404)247-3746 |

| Policy | Term | Account Status | EFT | Total Unpaid Balance |
|---|---|---|---|---|
| 08462917-0 | 12/14/2018 to 06/14/2019 | Expired | | $0.00 |
| 08462917-1 | 06/14/2019 to 06/14/2020 | Active, bill sent | No | $29,383.02 |

| Current Bill | Last Payment Received | Renewal Downpayment | Paid in Full Amount |
|---|---|---|---|
| $10.00 due on 06/23/2019 | $2,960.98 on 06/14/2019 | $0.00 | $29,383.02 |

### Future Payment Schedule

Make a Payment    Print Page    Print Pay Schedule

| ▲Issue Date | Payment Due Date | Amount |
|---|---|---|
| 6/28/2019 | 07/14/2019 | $2,949.31 |
| 7/29/2019 | 08/14/2019 | $2,949.31 |
| 8/29/2019 | 09/14/2019 | $2,949.31 |
| 9/28/2019 | 10/14/2019 | $2,949.31 |
| 10/29/2019 | 11/14/2019 | $2,949.31 |
| 11/28/2019 | 12/14/2019 | $2,949.31 |
| 12/29/2019 | 01/14/2020 | $2,949.31 |
| 1/29/2020 | 02/14/2020 | $2,949.31 |
| 2/27/2020 | 03/14/2020 | $2,949.31 |
| 3/29/2020 | 04/14/2020 | $2,949.23 |

### History

| ▼Processed Date | Description | Payment Due Date | Amount |
|---|---|---|---|
| 6/19/2019 | Resume Follow-Up | | $0.00 |

III/INSURANCEHUB
1720 LAKES PARKWAY
LAWRENCEVILLE, GA 30043
1-770-497-1200



**Policy number: 08462917-1**

Underwritten by:
PROGRESSIVE MOUNTAIN INSURANCE CO
June 20, 2019
Page 1 of 1

# Certificate of Insurance

| Certificate Holder | Insured | Agent |
|---|---|---|
| CLARKE'S TOWING & | CLARKE'S TOWING & | III/INSURANCEHUB |
| 748 SAN FERNANDO DR | TRANSPORTATION SERVICES, | 1720 LAKES PARKWAY |
| SMYRNA, GA 30080 | 748 SAN FERNANDO DR | LAWRENCEVILLE, GA 30043 |
| | SMYRNA, GA 30080 | |

**This document is issued as a matter of information only and confers no rights upon the document holder. This document does not amend, extend, or alter the coverage, terms, exclusions, conditions, or other provisions afforded by the policies referenced herein.**

Policy Effective Date: Jun 14, 2019          Policy Expiration Date: Jun 14, 2020

| Insurance coverage(s) | Limits |
|---|---|
| BODILY INJURY/PROPERTY DAMAGE | $1,000,000 COMBINED SINGLE LIMIT |
| GENERAL LIABILITY | $300,000/$600,000 AGGREGATE |
| EACH OCCURRENCE | $300,000 |
| GENERAL AGGREGATE | $600,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE | $600,000 |
| PERSONAL & ADVERTISING INJURY | $300,000 |
| DAMAGE TO PREMISES RENTED TO YOU | $100,000 |
| MEDICAL EXPENSE (ANY ONE PERSON) | $5,000 |
| GARAGEKEEPER'S LEGAL LIABILITY LOC# ONE | $100,000 W/$500 DED/VEHICLE, $2,500 AGGREGATE |

## Description of Location/Vehicles/Special Items

### Scheduled autos only

2006 UD UD8 JNAMA80H06AH55080
UNINSURED/UNDERINSURED - ADDED ON          $100,000 COMBINED SINGLE LIMIT
UNINSURED MOTORIST PROPERTY DAMAGE - ADDED ON          $100,000 COMBINED SINGLE LIMIT W/$1,000 DED
ON-HOOK TOWING LIABILITY          $100,000 W/$1,000 DED

1995 UD U23 JNALC20H0SGF50627
UNINSURED/UNDERINSURED - ADDED ON          $100,000 COMBINED SINGLE LIMIT
UNINSURED MOTORIST PROPERTY DAMAGE - ADDED ON          $100,000 COMBINED SINGLE LIMIT W/$1,000 DED
ON-HOOK TOWING LIABILITY          $100,000 W/$1,000 DED

### Certificate number

17119NET917

Form 5241 GA (03/11)

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)** 12/27/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Roxana Gherghel |
|---|---|
| InsuranceHub Agency, LLC | PHONE (A/C, No, Ext): (770) 497-1200 — FAX (A/C, No): (770) 814-7187 |
| 1720 Lakes Parkway | E-MAIL ADDRESS: coi@insurancehub.com |
| Lawrenceville GA 30043 | INSURER(S) AFFORDING COVERAGE — NAIC # |
| | INSURER A: Progressive Mountain — 35190 |

| INSURED | |
|---|---|
| Clarke's Towing & Transportation Services | INSURER B: |
| 748 San Fernando Dr | INSURER C: |
| | INSURER D: |
| | INSURER E: |
| Smyrna GA 30080 | INSURER F: |

**COVERAGES**     **CERTIFICATE NUMBER:** 18-19 Master     **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | COMMERCIAL GENERAL LIABILITY ☒ / ☐ CLAIMS-MADE ☐ OCCUR | | | 08462917-0 | 12/14/2018 | 06/14/2019 | EACH OCCURRENCE | $ 300,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 300,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: ☒ POLICY ☐ PRO-JECT ☐ LOC OTHER: | | | | | | GENERAL AGGREGATE | $ 600,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 600,000 |
| A | AUTOMOBILE LIABILITY ☐ ANY AUTO ☐ OWNED AUTOS ONLY ☒ SCHEDULED AUTOS ☐ HIRED AUTOS ONLY ☒ NON-OWNED AUTOS ONLY | | | 08462917-0 | 12/14/2018 | 06/14/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | Uninsured motorist | $ 100,000 |
| | ☐ UMBRELLA LIAB ☐ OCCUR ☐ EXCESS LIAB ☐ CLAIMS-MADE ☐ DED ☐ RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) Y/N — N/A If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Garagekeepers | | | 08462917-0 | 12/14/2018 | 06/14/2019 | Limit | $100,000 |
| | | | | | | | Ded/veh/aggregate | $500/$2,500 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| *For Insurance Purposes If you need to be shown as certificate holder email: coi@insurancehub.com or fax info to 770-814-7187 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE  *R Gherghel* |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)     The ACORD name and logo are registered marks of ACORD