UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 19-57186-SMS |
| | : | |
| CLARKE'S TOWING & | : | |
| TRANSPORTATION SERVICE, INC., | : | Chapter 11 |
| | : | |
| Debtor. | : | |
| | : | |

DEBTOR'S PERIODIC FINANCIAL REPORT
for the period
JUNE 1, 2019 through JUNE 30, 2019


Comes now the above-named Debtor and files its Periodic
Financial Report in accordance with the Guidelines established
by the United States Trustee and Bankruptcy Rule 2015.



Reviewed as to form by,
PAUL REECE MARR, P.C.
Attorneys for Debtor

 /s/ Paul Reece Marr
Paul Reece Marr
Georgia Bar No. 471230
Suite 960
300 Galleria Parkway, N.W.
Atlanta, GA 30339
770-984-2255

—1—

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:                              :        Case No. 19-57186-SMS
                                    :
CLARKE'S TOWING &                   :
TRANSPORTATION SERVICE, INC.,       :        Chapter 11
                                    :
        Debtor.                     :
_____ :

CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *PERIODIC FINANCIAL REPORT* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case filing program:

- David J. Casey    Dcaseyatty@msn.com, Attycasey@bellsouth.net;G2832@notify.cincompass.com

- Thomas Wayne Dworschak    thomas.w.dworschak@usdoj.gov, lisa.maness@usdoj.gov;ltctommyd@aol.com

- Kevin D. Fitzpatrick    kevin.fitzpatrick@dcbflegal.com, jessicasorrenti@dcbflegal.com;idaallen@dcbflegal.com

- Emmett L. Goodman    bkydept@goodmanlaw.org, dwilder@goodmanlaw.org

- Lindsay P. S. Kolba    lindsay.p.kolba@usdoj.gov, lisa.maness@usdoj.gov

- James W. Martin    james@hpmlawatl.com, natalie@hpmlawatl.com

- A. Christian Wilson    cwilson@simplawatlanta.com, sscheu@simplawatlanta.com

This the 19th day of July, 2019.

/s/ Paul Reece Marr
Paul Reece Marr
GA Bar No. 471230

Paul Reece Marr, P.C.
Suite 960
300 Galleria Parkway, NW
Atlanta, Georgia 30339
770-984-2255

**Fill in this information to identify the case:**

Debtor Name  Clarke's Towing & Transportation Service, Inc.

United States Bankruptcy Court for the: Northern District of Georgia

Case number: 19-57186-SMS

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:  June

Line of business: Towing, motor vehicle

Date report filed: 07/18/2019
MM / DD / YYYY

NAISC code: 488410

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Henry Clarke

Original signature of responsible party  *Henry Clarke*

Printed name of responsible party  *HENRY Clarke*

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Clarke's Towing & Transportation Service, Inc.          Case number  19-57186-SMS

17. Have you paid any bills you owed before you filed bankruptcy?          ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?          ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  183.60

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.          $ *1407.63*

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.          − $ *1836.24*

22. **Net cash flow**          − 428.61

Subtract line 21 from line 20 and report the result here.          + $  0.00
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.          = $  452.28

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $  0.00

     *(Exhibit E)*

Debtor Name  Clarke's Towing & Transportation Service, Inc.        Case number 19-57186-SMS

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25.  **Total receivables**                                                                          $ _____0.00_

   *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                      _____2_

27.  What is the number of employees as of the date of this monthly report?                         _____1_

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?         $ _____0.00_

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____0.00_

30.  How much have you paid this month in other professional fees?                                   $ _____0.00_

31.  How much have you paid in total other professional fees since filing the case?                  $ _____0.00_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A  Projected | − | Column B  Actual | = | Column C  Difference |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 2,500 | − | $ 1407.63 | = | $ 1092.37 |
| 33.  **Cash disbursements** | $ 21,300 | − | $ 1836.24 | = | $ 463.76 |
| 34.  **Net cash flow** | $ 200 | − | $ -428.61 | = | $ -228.61 |

35.  Total projected cash receipts for the next month:                                              $ 2,000.00

36.  Total projected cash disbursements for the next month:                                      − $ 1,500.00

37.  Total projected net cash flow for the next month:                                           = $ 500.00

Debtor Name  Clarke's Towing & Transportation Service, Inc.          Case number 19-57186-SMS

## ■ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

## Questionnaire Answers (No)

**3.** Have you paid all of your bills on time?

Water bill was not paid and I am past due as of July 12.

**4.** Did you pay your employees on time?

We are not making enough to pay Henry Clarke who is the president of the company.  We will be able to pay him and other workers once the AAA contract goes through.

**Questionnaire Answers – Exhibit B**

**15.** Have you borrowed money from anyone or has anyone made any payments on your behalf?

My wife has had to give me money to get the trucks up to par for AAA contract renewal.

**Account 9193**

**Starting Balance**          **183.6**

**Ending Balance**            452.28

| Date | Payee | Deposits |
|------|-------|----------|
| **5-Jun** | Napa Credit | 13.63 |
| **11-Jun** | Merchant Service | 383 |
| **12-Jun** | Merchant Service | 120 |
| **13-Jun** | Merchant Service | 244 |
| **19-Jun** | Merchant Service | 100 |
| **24-Jun** | Merchant Service | 313 |
| **28-Jun** | Merchant Service | 234 |

**Total**                    **1407.63**

# Cash Disbursements

## Cell Phone Purpose

| Date | Payee | Purpose | |
|---|---|---|---|
| 6/3/2019 | T Mobile | 118.88 | Cellular Service for business |
| 6/27/2019 | T Mobile | 111.40 | Cellular Service for business |
| TOTAL | | 230.28 | |

## Fees Purpose

| Date | Payee | | |
|---|---|---|---|
| 6/11/2019 | Regions | 36 | NSF |
| TOTAL | | 36 | |

## Office Purpose

| Date | Payee | | |
|---|---|---|---|
| 6/3/2019 | FedEx | 1.44 | Print from email |
| 6/10/2019 | FedEx | 2.16 | Print from email |
| 6/24/2019 | FedEx | 1.44 | Print from email |
| Total | | 5.04 | |

## Diesel Expense Purpose

| Date | Payee | | |
|---|---|---|---|
| 6/6/2019 | qt | 55.83 | Diesel |
| 6/13/2019 | Sa White | 100.33 | Diesel |
| 6/14/2019 | qt | 8.37 | Diesel |
| 6/17/2019 | qt | 65.73 | Diesel |
| 6/18/2019 | qt | 73.50 | Diesel |
| 6/26/2019 | qt | 50.11 | Diesel |
| Total | | 353.87 | |

## Maintenance Purpose

| Date | Payee | | |
|---|---|---|---|
| 6/4/2019 | napa | 18.92 | valve core and kit |
| 6/4/2019 | napa | 13.63 | valve core and kit |
| 6/5/2019 | full line exhaust | 43.34 | Parts Cleaner |
| 6/12/2019 | advance | 64.19 | fuel filter |
| 6/12/2019 | great american | 199.84 | fuel filters and grease |
| 6/14/2019 | rush truck center | 78.89 | wheel cylinder repair kit |
| 6/24/2019 | great american | 29.63 | Fuel Filter |
| 6/25/2019 | oreilly | 20.1 | Sand paper and wire connector for head light |
| | Javelin Tire | 319.99 | Tires |
| Total | | 788.53 | |

## Equipment Rental Purpose

| Date | Payee | | |
|---|---|---|---|
| 6/10/2019 | ladco / elavon | 37.81 | rental of equipment |
| 6/14/2019 | merchant service adj/fee | 154.41 | fee for transactions |
| Total | | 192.22 | |

## Office/Repairs Misc Purpose

| Date | Payee | | |
|---|---|---|---|
| 6/17/2019 | Sam | 29.78 | Office Water |
| 6/17/2019 | walmart | 31.48 | brake fluid and atf fluid and antifreeze |
| 6/20/2019 | Walmart | 32.61 | oil |
| Total | | 93.87 | |

## Utilities Purpose

| Date | Payee | | |
|---|---|---|---|
| 6/24/2019 | City of Austell | 136.43 | Water Bill |
| Total | | 136.43 | |

| Grand Total | | 1,836.24 | |

**REGIONS**

Regions Bank
Vinings Smyrna
1650 Cumberland Parkway SE
Smyrna, GA 30080

CLARKES TOWING & TRANSPORTATION
DEBTOR IN POSSESSION
748 SAN FERNANDO DR SE
SMYRNA GA 30080-1438

| | |
|---|---|
| ACCOUNT # | 9193 |
| Cycle | 060 |
| Enclosures | 26 |
| Page | 0 |
| | 1 of 3 |

## LIFEGREEN BUSINESS SIMPLE CHECKING
June 1, 2019 through June 28, 2019

### SUMMARY

| | | |
|---|---|---|
| Beginning Balance | $183.60 | |
| Deposits & Credits | $1,407.63 + | |
| Withdrawals | $1,140.76 − | |
| Fees | $36.00 − | |
| Automatic Transfers | $0.00 + | |
| Returned Checks | $37.81 + | |
| Checks | $0.00 − | |
| Ending Balance | $452.28 | |

| | |
|---|---|
| Minimum Balance | $37 − |
| Average Balance | $272 |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 06/05 | Card Credit Napa Store 1500  5533 Austell    GA 30168    9716 | 13.63 |
| 06/11 | Merchant Service Merch Dep Clarkes Towing 8033566780 | 383.00 |
| 06/12 | Merchant Service Merch Dep Clarkes Towing 8033566780 | 120.00 |
| 06/13 | Merchant Service Merch Dep Clarkes Towing 8033566780 | 244.00 |
| 06/19 | Merchant Service Merch Dep Clarkes Towing 8033566780 | 100.00 |
| 06/24 | Merchant Service Merch Dep Clarkes Towing 8033566780 | 313.00 |
| 06/28 | Merchant Service Merch Dep Clarkes Towing 8033566780 | 234.00 |
| | Total Deposits & Credits | $1,407.63 |

### WITHDRAWALS

| | | |
|---|---|---|
| 06/03 | Card Purchase Tmobile*postpai  4814 800-937-8997 WA 98006   9716 | 118.88 |
| 06/03 | Card Purchase Fedex Offic1620  7338 Smyrna      GA 30082   9716 | 1.44 |
| 06/04 | Card Purchase Napa Store 1500  5533 Austell      GA 30168   9716 | 18.92 |
| 06/06 | PIN Purchase Quiktrip Corpo  5542 Mableton    GA      9716 | 55.83 |
| 06/10 | Card Purchase Fedex Offic1620  7338 Smyrna      GA 30082   9716 | 2.16 |
| 06/10 | Ladco / Elavon   Lease Pmt Clarkes Towing 3047247 | 37.81 |
| 06/12 | Ladco / Elavon   Retry Pymt Clarkes Towing 3047247 | 37.81 |
| 06/12 | PIN Purchase Advance Auto P  5533 Austell    GA      9716 | 64.19 |
| 06/14 | PIN Purchase Quiktrip Corpo  5542 Mableton    GA      9716 | 8.37 |
| 06/14 | Merchant Service Merch Adj Clarkes Towing 8033566780 | 154.41 |
| 06/17 | PIN Purchase Quiktrip Corpo  5542 Mableton    GA      9716 | 65.73 |
| 06/18 | PIN Purchase Quiktrip Corpo  5542 Mableton    GA      9716 | 73.50 |
| 06/20 | PIN Purchase Wal-Mart #1586  5411 Austell    GA      9716 | 32.61 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)



**Thank You For Banking With Regions!**
2019 Regions Bank Member FDIC. All loans subject to credit approval.

EQUAL HOUSING
LENDER

**REGIONS**

Regions Bank
Vinings Smyrna
1650 Cumberland Parkway SE
Smyrna, GA 30080

CLARKES TOWING & TRANSPORTATION
DEBTOR IN POSSESSION
748 SAN FERNANDO DR SE
SMYRNA GA 30080-1438

**ACCOUNT #** 9193

|  |  |
|---|---|
| | 060 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---|
| 06/24 | Card Purchase City of Austell  9222 Austell      GA 30106   9716 | 136.43 |
| 06/24 | Card Purchase Fedex Offic1620  7338 Smyrna      GA 30082   9716 | 1.44 |
| 06/24 | PIN Purchase Great American  5533 Lithia Springga           9716 | 29.63 |
| 06/24 | PIN Purchase Oreilly Auto #  5533 Mableton      GA           9716 | 20.10 |
| 06/25 | PIN Purchase Javelin Tire S  7538 Atlanta      GA           9716 | 119.99 |
| 06/26 | PIN Purchase Quiktrip Corpo  5542 Mableton      GA           9716 | 50.11 |
| 06/27 | Card Purchase Tmobile*postpai  4814 800-937-8997  WA 98006   9716 | 111.40 |
| | Total Withdrawals | $1,140.76 |

## FEES

| | | |
|---|---|---|
| 06/11 | Returned Item Fee | 36.00 |

## RETURNED CHECKS

| | | |
|---|---|---|
| 06/11 | Credit-Returned Ck#58008630261 | 37.81 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/03 | 63.28 | 06/12 | 365.00 | 06/20 | 374.38 |
| 06/04 | 44.36 | 06/13 | 609.00 | 06/24 | 499.78 |
| 06/05 | 57.99 | 06/14 | 446.22 | 06/25 | 379.79 |
| 06/06 | 2.16 | 06/17 | 380.49 | 06/26 | 329.68 |
| 06/10 | 37.81 - | 06/18 | 306.99 | 06/27 | 218.28 |
| 06/11 | 347.00 | 06/19 | 406.99 | 06/28 | 452.28 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
      (1) Tell us your name and account number.
      (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
      (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

**Clarke's Towing and Transportation Service, Inc.**

**Profit & Loss**

**June 2019**

**Ordinary Income/ Expense**

**Income**

| | |
|---|---|
| Gross Trucking Income | 1,407.63 |
| **Gross Profits** | **1407.63** |

**Expense**

| | |
|---|---|
| Diesel Expense | 353.87 |
| Cell Phone | 230.28 |
| Office Supplies | 5.04 |
| Maintenance | 788.53 |
| Fees | 36.00 |
| Equipment Rental | 192.22 |
| Office/Repair Misc. | 93.87 |
| Utilities | 136.43 |
| **Total Expenses** | **1836.24** |

| | |
|---|---|
| **Net Ordinary Income** | **- $428.61** |

III/INSURANCEHUB
1720 LAKES PARKWAY
LAWRENCEVILLE, GA 30043

**PROGRESSIVE**
COMMERCIAL

Named insured

CLARKE'S TOWING &
TRANSPORTATION SERVICES,
748 SAN FERNANDO DR
SMYRNA, GA 30080

**Policy number:  08462917-1**
Underwritten by:
Progressive Mountain Insurance Co
REFERENCE NUMBER: 100001082
June 8, 2019
Policy Period: Jun 14, 2019 - Jun 14, 2020
Page 1  of  3

**progressiveagent.com**
**Online Service**
Make payments, check billing activity, print
policy documents, or check the status of a
claim.

**1-770-497-1200**
**III/INSURANCEHUB**
Contact your agent for personalized service.

**1-800-444-4487**
For customer service if your agent is
unavailable or to report a claim.

# Commercial Auto
# Insurance Coverage Summary
## This is your revised Renewal
## Declarations Page
## Your policy information has changed

This Renewal Declarations Page is effective only if the minimum amount due to renew your policy is received or postmarked by June 14, 2019.

Your coverage begins on June 14, 2019 at 12:01 a.m.  This policy expires on June 14, 2020 at 12:01 a.m.

This coverage summary replaces your prior one. Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for an auto may not be combined with the limits for the same coverage on another auto, unless the policy contract allows the stacking of limits. The policy contract is form 6912 (06/10). The contract is modified by forms 2852GA (07/08), Z433GA  (04/08), 2372 (06/10), MCS90 (01/17), Z438 (06/10), 4852GA  (04/05), 4881GA  (03/12) and Z228 (01/11).

The named insured organization type is a corporation.

## Policy changes effective  June 14, 2019

| | |
|---|---|
| Premium change: | $15,831.00 |
| Changes: | Your pay plan information has changed. |

The changes shown above will not be effective prior to the time the changes were requested.


Continued

Policy number: 08462917-1
CLARKE'S TOWING &
Page 2   of 3

## Outline of coverage

### Auto coverage part

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $29,926 |
| Bodily Injury and Property Damage Liability | $1,000,000 combined single limit | | |
| Uninsured/Underinsured Motorist - Added On | | | 422 |
| Bodily Injury and Property Damage | $100,000 combined single limit | | |
| Deductible Applies To Property Damage | | $1,000 | |
| On-Hook Legal Liability | | | 698 |
| See Auto Coverage Schedule | | | |
| Garagekeepers Legal Liability | | | 482 |
| See Covered Location Schedule | | | |
| **Subtotal policy premium** | | | **$31,528** |

### Commercial General Liability coverage part

| Description | Limits | Premium |
|---|---|---|
| Limited General Liability - Towing Services | $300,000/$600,000 | $782 |
| Each Occurrence | $300,000 | |
| General Aggregate | $600,000 | |
| Products/Completed Operations Aggregate | $600,000 | included |
| Personal and Advertising Injury | $300,000/any one person or organization | included |
| Damage to Premises Rented to You | $100,000/any one premises | included |
| Medical Expense | $5,000/any one person | included |
| **Subtotal policy premium** | | **$782** |
| **Total 12 month policy premium** | | **$32,310** |
| Discount if paid in full | | -4782 |
| **Total 12 month policy premium if paid in full** | | **$27,528** |

## Rated drivers

1. HENRY CLARKE
2. MICHAEL DUGGER

## Auto coverage schedule

1. **2006 UD UD8**

   VIN:   JNAMA80H06AH55080          Garaging Zip Code: 30106          Radius: 100

| Liability Premium | Liability | UM/UIM-Add | | |
|---|---|---|---|---|
| | $15,732 | $211 | | |

| Physical Damage Premium | On-Hook LL Limit | On-Hook LL Deductible | On-Hook LL Premium | Auto Total |
|---|---|---|---|---|
| | $100,000 | $1,000 | $349 | **$16,292** |


Continued

Form 6489 GA (03/12)

Policy number: 08462917-1
CLARKE'S TOWING &
Page 3 of 3

2. **1995 UD U23**

VIN:   JNALC20H0SGF50627          Garaging Zip Code: 30106          Radius: 100

| Liability Premium | Liability | UM/UIM-Add | | |
|---|---|---|---|---|
| | $14,194 | $211 | | |

| Physical Damage Premium | On-Hook LL Limit | On-Hook LL Deductible | On-Hook LL Premium | Auto Total |
|---|---|---|---|---|
| | $100,000 | $1,000 | $349 | **$14,754** |

## Covered location schedule

| | Location Limit | Each auto Deductible | Each occurrence Deductible |
|---|---|---|---|
| 1. 1950 ROYAL IND. BLVD, AUSTELL, GA 30106 | $100,000 | $500 | $2,500 |

## Premium discount

| Policy | | |
|---|---|---|
| 08462917-1 | Business Experience | |

## Company officers

*[signature]*

Secretary

Form 6489 GA (03/12)

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
12/27/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Roxana Gherghel | | |
|---|---|---|---|
| InsuranceHub Agency, LLC | PHONE (A/C, No, Ext): (770) 497-1200 | | FAX (A/C, No): (770) 814-7187 |
| 1720 Lakes Parkway | E-MAIL ADDRESS: coi@insurancehub.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| Lawrenceville                GA  30043 | INSURER A : Progressive Mountain | | 35190 |
| **INSURED** | INSURER B : | | |
| Clarke's Towing & Transportation Services | INSURER C : | | |
| 748 San Fernando Dr | INSURER D : | | |
| | INSURER E : | | |
| Smyrna                GA  30080 | INSURER F : | | |

**COVERAGES**    **CERTIFICATE NUMBER:** 18-19 Master    **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | 08462917-0 | 12/14/2018 | 06/14/2019 | EACH OCCURRENCE | $ 300,000 |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 300,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 600,000 |
| | X POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 600,000 |
| | OTHER: | | | | | | | $ |
| A | AUTOMOBILE LIABILITY | | | 08462917-0 | 12/14/2018 | 06/14/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY  X SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY  ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | Uninsured motorist | $ 100,000 |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Garagekeepers | | | 08462917-0 | 12/14/2018 | 06/14/2019 | Limit | $100,000 |
| | | | | | | | Ded/veh/aggregate | $500/$2,500 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| *For Insurance Purposes If you need to be shown as certificate holder email: coi@insurancehub.com or fax info to 770-814-7187 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | **AUTHORIZED REPRESENTATIVE** *R Gherghel* |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD